IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE X. COOPER, | No. 4:24-CV-00487 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCOTT PRINCE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 21st day of October 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 9) to dismiss under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted.

3. Within **21 days** of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific pleading directions provided by the Court.

4. If no amended complaint is timely filed, dismissal of Plaintiff's Section 1983 claims without prejudice will automatically convert to dismissal with prejudice and the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge