IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE X. COOPER, | No. 4:24-CV-00487 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCOTT PRINCE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of November 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 28) to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's amended complaint is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge